**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01079-CV

### IN RE TROY ALAN STILLS, Relator

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063589**

# ORDER
Before Justices Francis, Brown, and Whitehill

Based on the Court's opinion of this date, we **DISMISS** relator's September 8, 2017 petition for writ of mandamus for want of jurisdiction to the extent he attacks his conviction. We **DENY** the petition for writ of mandamus to the extent relator seeks only a writ directing the trial court to rule on certain motions.

/s/ MOLLY FRANCIS
   JUSTICE